GEORGE L. CLARK ET ALS. *vs.* FANNIE FITZSIMMONS.

Third Judicial District.

Argued November 3d—decided December 15th, 1905.

SUIT to have certain transfers of real and personal property made to the defendant set aside as fraudulent and void, or because obtained by accident, mistake and undue influence, brought to and tried by the Superior Court in New Haven County, *Case, J.;* facts found and judgment rendered for the defendant, and appeal by the plaintiffs. *No error.*

*William B. Stoddard,* for the appellants (plaintiffs).

*William H. Comley, Jr.,* for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in New Haven County.